THE CITY OF TOPEKA, *Appellant,* v. FRANK M. STAHL, *Appellee.*
No. 17,476.

OPINION DENYING A REHEARING.

Appeal from Shawnee district court. Opinion denying a rehearing, filed May 11, 1912. Rehearing denied. (For original opinion, see 86 Kan. 681, 121 Pac. 910.)

*W. C. Ralston,* city attorney, and *James W. Clark,* assistant city attorney, for the appellant.

*W. H. Cowles,* for the appellee.

*Per Curiam:* The petition for rehearing is denied, but to avoid a possible misapprehension it will be added that nothing in the opinion was intended as an intimation that the defendant would not be entitled to a credit in an adjustment with the city for expenses necessarily incurred in other cases, similar to those referred to in the petition, but in which he did not succeed in obtaining judgments.